**Electronically Filed**
**Supreme Court**
**SCPR-23-0000697**
**21-DEC-2023**
**10:31 AM**
**Dkt. 7 OGP**

SCPR-23-0000697

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE BRITTANY GRUNAU, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
and Intermediate Court of Appeals Associate Judges
Hiraoka and Wadsworth, assigned by reason of vacancies)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Brittany Grunau (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), but to retain the paper license as a memento, as authorized by RSCH 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has fully complied with the requirements of RSCH 1.10.  Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted.  Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 10706, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED: Honolulu, Hawaiʻi, December 21, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Keith K. Hiraoka

/s/ Clyde J. Wadsworth



2